JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ZACHMAN and ZACHMAN INTERNATIONAL, a California Sole Proprietorship,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>STAN LOCKE and METADATA SYSTEMS SOFTWARE DBA ZACHMAN FRAMEWORK ASSOCIATES, et al.<br><br>　　　　Defendants. | Case No. 10-6045 DSF (RCx)<br><br>JUDGMENT |

The Court having dismissed this action on *forum non conveniens* grounds,

IT IS NOW ORDERED AND ADJUDGED that Plaintiffs take nothing and that the action be dismissed without prejudice on the conditions stated in the Court's January 24, 2011 Order.

Dated: 1/24/11

　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge